**Order entered March 1, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01201-CR

**KEDRICK MCDOW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-1700705-J**

## ORDER

The State's second motion to extend time to file its brief and motion to accept brief tendered is **GRANTED**.  The State's brief is deemed **FILED** on February 27, 2019.

/s/　　DAVID L. BRIDGES
　　　　PRESIDING JUSTICE